

*Court Of Appeals*

*Fourth Court of Appeals District of Texas*
*San Antonio*

★ ★ ★       ★ ★ ★

**MEMORANDUM OPINION**

No. 04-09-00586-CV

**IN RE** David **GOAD**

Original Mandamus Proceeding[1]

PER CURIAM

Sitting:     Catherine Stone, Chief Justice
             Sandee Bryan Marion, Justice
             Marialyn Barnard, Justice

Delivered and Filed: September 30, 2009

PETITION FOR WRIT OF MANDAMUS DENIED AS MOOT

On September 16, 2009, relator David Goad filed a petition for writ of mandamus, complaining of the trial court's September 2, 2009 order on plaintiff's motion for contempt. However, on September 16, 2009, the trial court signed an order on plaintiff's motion for sanctions, which withdrew the September 2, 2009 order on plaintiff's motion for contempt. Therefore, the petition for writ of mandamus is now moot.

Accordingly, we dismiss the petition for writ of mandamus as moot.

PER CURIAM

---

[1] This proceeding arises out of Cause No. 08-1872-CV, styled *Zuehl Airport Flying Community Owners Association v. Phoenix Air Transport, Inc., James Macivor, David Goad, and Walter Schmidt*, pending in the 25th Judicial District Court, Guadalupe County, Texas, the Honorable Dwight E. Peschel presiding. However, the Honorable Gary Steel, presiding judge of the 274th Judicial District Court, Guadalupe County, Texas, signed the order complained of.